IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

E.H.,

    PLAINTIFF,

v.                                          Civil Action No. 2:19-CV-42
                                            Judge Kleeh

NEWTON E. HIGGINBOTHAM III,

    DEFENDANT.

## ORDER FILING PLAINTIFF'S ORIGINAL COMPLAINT UNDER SEAL

On the 4th day of September, 2019, came the plaintiff, E. H. . by and through her counsel for her motion, Plaintiff's Motion To File Plaintiff's Original Complaint Under Seal [Document 1]

Plaintiff's Motion To File Under Seal Plaintiff's Original Complaint contained quotes from a document and exhibits that were subject a Protective Order entered by this Court on December 3, 2018, in the matter of *S. F. v. Higgonbotham*, U. S. District Court, Norther District of West Virginia, Civil Action No. 2:18-cv-94. [Document 14]

WHEREFORE, the Court having reviewed the motion and documents attached thereto orders that Plaintiff's Motion To File Under Seal Plaintiff's Original Complaint [Document 1 be filed under seal.

Entered this the   5th   of September, 2019.

                                                                         *Tom S Kleeh*

                                                                 Honorable Thomas S. Kleeh

Prepared by:

**HEAVENS LAW FIRM, PLLC**
Christopher J. Heavens (WV Bar No. 5776)
Aaron M. Kidd (WV Bar No. 13213)
2438 Kanawha Boulevard, East
Charleston, West Virginia 25311
Phone:          304-346-0464
Fax:            304-345-5775
e-mail:         chris@heavenslawfirm.com
                aaron@heavenslawfirm.com