**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**E.H.,**

> **Plaintiff,**

**v.**                                                      **CIVIL ACTION NO. 2:19-cv-42**
                                                           **(Judge John Preston Bailey)**

**NEWTON E. HIGGINBOTHAM III,**

> **Defendant.**

**SECOND AMENDED NOTICE OF VIDEOGRAPHIC DEPOSITION OF
PLAINTIFF E.H.**

PLEASE TAKE NOTICE that the videotaped deposition of Plaintiff E.H., scheduled for April 22, 2020, beginning at 10:00 a.m., at the law offices of Steptoe & Johnson PLLC, 400 White Oaks Boulevard, Bridgeport, West Virginia 26330, has been postponed generally and will be rescheduled when the State's judicial emergency has been lifted.

Respectfully submitted this 21st day of April, 2020.

> **NEWTON E. HIGGINBOTHAM III,**
>
> **By counsel:**
>
> /s/ Shawn A. Morgan
> Michael D. Mullins (WVSB No. 7754)
> Shawn A. Morgan (WVSB No. 6640)
> C. Haley Bunn (WVSB No. 11313)
> Chase Tower, 17th Floor
> 707 Virginia Street East
> Post Office Box 1588
> Charleston, WV 25326-1588
> Telephone:  (304) 353-8000
> Facsimile:  (304) 353-8180
> michael.mullins@steptoe-johnson.com
> shawn.morgan@steptoe-johnson.com
> haley.bunn@steptoe-johnson.com

**STEPTOE & JOHNSON PLLC
Of Counsel**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

E.H.,

     **Plaintiff,**

v.                                      **CIVIL ACTION NO. 2:19-cv-42
                                            (Judge John Preston Bailey)**

NEWTON E. HIGGINBOTHAM III,

     **Defendant.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of April 2020, I filed the foregoing **"Second Amended Notice of Videographic Deposition of Plaintiff E.H.,"** by utilizing the CM/ECF system which will send electronic notification of said filing to the CM/ECF participants below:

> Christopher J. Heavens, Esq. (WVSB # 5776)
> Heavens Law Firm, PLLC
> 2438 Kanawha Boulevard, East
> Charleston, WV  25311
> *Counsel for Plaintiff*

<table>
<tr><td></td><td>/s/ Shawn A. Morgan</td></tr>
<tr><td></td><td>Michael D. Mullins (WVSB No. 7754)</td></tr>
<tr><td></td><td>Shawn A. Morgan (WVSB No. 6640)</td></tr>
<tr><td></td><td>C. Haley Bunn (WVSB No. 11313)</td></tr>
<tr><td>**STEPTOE & JOHNSON PLLC**</td><td>Chase Tower, 17th Floor</td></tr>
<tr><td>**Of Counsel**</td><td>707 Virginia Street East</td></tr>
<tr><td></td><td>Post Office Box 1588</td></tr>
<tr><td></td><td>Charleston, WV 25326-1588</td></tr>
<tr><td></td><td>Telephone:  (304) 353-8000</td></tr>
<tr><td></td><td>Facsimile:  (304) 353-8180</td></tr>
<tr><td></td><td>michael.mullins@steptoe-johnson.com</td></tr>
<tr><td></td><td>shawn.morgan@steptoe-johnson.com</td></tr>
<tr><td></td><td>haley.bunn@steptoe-johnson.com</td></tr>
</table>